CL (1v)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAMELA MARY DELUCA,
    Plaintiff

v.

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION
    Defendant

CIVIL ACTION

NO. 10-2005

## ORDER

AND NOW, this 19th day of May, 2011, upon consideration of Plaintiff Pamela Mary Deluca's Brief and Statement of Issues in Support of Request for Review (Docket No. 9) filed on October 4, 2010; upon consideration of Defendant's Response to Request for Review of Plaintiff (Docket No. 12) filed December 22, 2010; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, IT IS ORDERED that:

  1. the Report and Recommendation is APPROVED and ADOPTED; (objections overruled.)

  2. the relief sought by Plaintiff is DENIED; and

  3. the decision of the Commissioner of Social Security is AFFIRMED.

BY THE COURT:

_____
EDMUND V. LUDWIG,
United States District Judge

cc: HSP